495 P.2d 1321

Hubert C. STOTTS, Petitioner,

v.

INDUSTRIAL COMMISSION of Arizona, Respondent,

Washington School District No. 6, Respondent Employer,

State Compensation Fund, Respondent Insurance Carrier.

No. 10641–PR.

Supreme Court of Arizona.

April 19, 1972.

Further ordered: petition for review denied.